

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 201ST DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On July 3, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Mike Morath, in his official capacity as the Commissioner of Education v. Pecos-Barstow-Toyah Independent School District, et al.[3]

Court of Appeals No. 15-24-00101-CV
Trial Court No. D-1-GN-24-005018

The Court of Appeals entered the following judgment or order:

This Court has considered the record on appeal in this case and finds reversible error. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing the claims against appellant.

We further order that all costs incurred by reason of this appeal be paid by appellees, Pecos-Barstow-Toyah Independent School District, et al.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this September 18, 2025.

**CHRISTOPHER A. PRINE, CLERK**

---

[3]     The other appellees are: Athens Independent School District, Beeville Independent School District, Ben Bolt Independent School District, Brownsville Independent School District, Canutillo Independent School District, Connally Independent School District, Crandall Independent School District, Crane Independent School District, Crowley Independent School District, Forney Independent School District, Fort Stockton Independent School District, Hays Independent School District, Hearne Independent School District, Hereford Independent School District, Jarrell Independent School District, Karnes City Independent School District, Kingsville Independent School District, Lasara Independent School District, Lockhart Independent School District, Manor Independent School District, Mansfield Independent School District, Nacogdoches Independent School District, Plainview Independent School District, Plano Independent School District, Quinlan Independent School District, Red Oak Independent School District, Splendora Independent School District, Sweetwater Independent School District, Temple Independent School District, Terrell Independent School District, Westwood Independent School District, and Wills Point Independent School District.